**Ward T. EVANS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 609, 2016

Supreme Court of Delaware.

Submitted: April 7, 2017

Decided: April 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 88K01678DI

DISMISSED.

■

**Alethea DAVIS–MOSES, Employee/Appellant,**

v.

**KEYSTONE HUMAN SERVICES, Employer/Appellee.**

No. 516, 2016

Supreme Court of Delaware.

Submitted: April 5, 2017

Decided: April 12, 2017

Court Below—Superior Court of the State of Delaware, File No. N15A–10–014

AFFIRMED.

■

**Jamil BIDDLE, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 239, 2016

Supreme Court of Delaware.

Submitted: January 5, 2017

Decided: April 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1010010028

AFFIRMED.